**O**

FILED
CLERK, U.S. DISTRICT COURT

July 22, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: KH   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT D. GRANDBERRY,<br><br>  Plaintiff,<br><br>vs.<br><br>CAPTAIN M. BUECHTER, et al.,<br><br>  Defendants. | Case No. CV13-8535-MMM (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the defendants' Motion to Dismiss is denied; and (2) defendants shall file an Answer to the First Amended Complaint within twenty-one (21) days.

DATED: July 17, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE